

**PATRICIA C. GRANT**
CLERK OF COURT

**VICKI H. SYFRETT**
DEPUTY CLERK

# Colleton County

July 16, 2009

Mr. Anthony Brown PCI Q1B 219  #251490
430 Oaklawn Rd
Pelzer SC 29669

Reference Request

Dear Mr. Brown

I enclose herewith a copy of the indictments on the cases requested. The indictments back in 2004 were not clocked in but this is a copy of the original indictments.

With kind regards

*Patricia C. Grant /ae*

Patricia C. Grant
Clerk of Court



"EXHIBIT A"