Mr. Anthony L. Brown # 251490
Lee C. I. Darlington - South - 123D0
990 Wisacky Highway
Bishopville, S.C. 29010

RECEIVED
USDC CLERK, COLUMBIA, SC
2013 SEP 23  PM 2: 04

Clerk, U.S. District Court
District of South Carolina
901 Richland Street
Columbia, S.C. 29201



LEGAL MAIL ONLY

RECEIVED
SEP 19 2013
LEE CI MAIL ROOM

Mr. Wilbur L. Brown # 251440
Lee C.I. Darlington - South - 12308
990 Wisacky Highway
Bishopville, S.C. 29010

RECEIVED
USDC CLERK, COLUMBIA, SC
2013 SEP 23  PM 2:07

RECEIVED
USDC. CLERK, CHARLESTON, SC
2013 SEP 25  A 11:27

Clerk, U.S. District Court
District of South Carolina
901 Richland Street
Columbia, S.C. 29201



RECEIVED
SEP 19 2013
LEE CI MAIL ROOM