THE STATE OF SOUTH CAROLINA

IN THE COURT OF APPEALS

APPEAL FROM COLLETON COUNTY

COURT OF GENERAL SESSIONS

CARMEN T. MULLEN, CIRCUIT COURT JUDGE

INDICTMENT NOS: G-308170, G-308171

STATE OF SOUTH CAROLINA    -    RESPONDENT,

Versus

ANTHONY L. BROWN    -    APPELLANT.

    ANTHONY L. BROWN appeals from his guilty plea and sentence on the charges of murder and armed robbery on March 13, 2007 before the Honorable Carmen T. Mullen, Presiding Judge, Fourteenth Judicial Circuit.

_____
Kenneth L. Tootle
Attorney at Law
P.O Box 1321
Beaufort, South Carolina 29901
(843) 524-0424

Other counsel of record:

Terry K. Alexander, Esquire
Assistant Solicitor
Fourteenth Judicial Circuit
P.O. Box 620
Walterboro, South Carolina 29488
(843) 549-7193

STATE OF SOUTH CAROLINA

IN THE COURT OF APPEALS

| | |
|---|---|
| STATE OF SOUTH CAROLINA | RESPONDENT |
| VERSUS | |
| ANTHONY L. BROWN | APPELLATE |

### AFFIDAVIT OF SERVICE BY MAIL

PERSONALLY, appeared before me, Kenneth L. Tootle, who being duly sworn states:

1. That regular mail communication exists throughout the State of South Carolina.

2. That on March 23, 2007 and Original Notice of Intent to Appeal in the above captioned case was filed with the Colleton County Clerk of Court.

3. That an original Notice of Intent to Appeal in the above captioned case was served on Kenneth A. Richstad, Clerk, South Carolina Court of Appeals, P.O. Box 11629, Columbia, S.C., by depositing same in the United States Post Office at Beaufort, S.C. on March 23, 2007, with the proper address and postage prepaid thereon.

4. That a true copy of the Notice of Intent to Appeal in the above captioned case was served on Terry K. Alexander, Assistant Solicitor, Fourteenth Judicial Circuit, P.O. Box 620, Walterboro, S.C. 29488 by depositing same in the United States Post Office at Beaufort, S.C. on March 23, 2007, with the proper address and postage prepaid thereon.

SWORN to and subscribed before
Me this 23 day of March, 2007

_____
Notary Public for South Carolina
My Commission Expires: 07/22/08

Kenneth L. Tootle
Attorney at Law
Post Office Box 1321
Beaufort, SC 29901
(843) 524-0424