THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

State,                                                          Respondent,

v.

Anthony L. Brown,                                               Appellant.

Appeal From Colleton County
Carmen T. Mullen, Circuit Court Judge

Unpublished Opinion No. 2008-UP-365
Submitted July 1, 2008 – Filed July 11, 2008

**APPEAL DISMISSED**

Appellate Defender Robert M. Pachak, South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.

Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Office of the Attorney General, all of Columbia; and Solicitor Issac McDuffie Stone, III, of Beaufort, for Respondent.

**PER CURIAM:** Anthony L. Brown pled guilty to armed robbery and murder, receiving concurrent negotiated sentences of thirty and forty years, respectively. He appeals his guilty plea, arguing it did not comply with the mandates set forth in Boykin v. Alabama, 395 S.C. 238 (1969). After a thorough review of the record and counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Brown's appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**HEARN, C.J., CURETON and GOOLSBY, A.J.J. concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.