07-2384







# The South Carolina Court of Appeals

KENNETH A. RICHSTAD
CLERK

V. CLAIRE ALLEN
DEPUTY CLERK

POST OFFICE BOX L1629
COLUMBIA, SOUTH CAROLINA 29211

1015 SUMTER STREET
COLUMBIA, SOUTH CAROLINA 29201

TELEPHONE: (803) 734-1890
FAX: (803) 734-1839
www.sccourts.org

July 29, 2008

**REMITTITUR**

The Honorable Patricia C. Grant
101 Hampton St
PO Box 620
Walterboro, SC 29488-0620

Re:   The State v. Brown, Anthony L.
      2004-GS-15-00420    2004-GS-15-00421

Dear Ms. Grant:

The above referenced matter is hereby remitted to the lower court. A copy of the judgment of this Court is attached.

Sincerely,

Renee S. Johnson
Administrative Specialist

KAR/rj

cc:   Anthony L. Brown # 251490
      Appellate Defender Robert M. Pachak
      Asst. Deputy Atty. Gen. Donald J. Zelenka
      I. McDuffie Stone, III, Esquire