| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE _Court of Common Pleas_ |
| COUNTY OF _Colleton_ ) | |
| ) | CASE NO. |
| _Anthony L. Brown_ ) | _2008_ - CP - _15_ - _1038_ |
| ☑ Plaintiff ) | |
| ) | |
| v. ) | MOTION AND ORDER INFORMATION |
| _State of South Carolina_ ) | FORM AND COVER SHEET |
| ☐ Defendant. ) | |

| Plaintiff's Attorney: | Defendant's Attorney: |
|---|---|
| _J.P. Bryan_, Bar No. _5833_ | _Matt Friedman_, Bar No. _____ |
| Address: _P.O. Box 1111_ | Address: _P.O. Box 11549_ |
| _Walterboro, SC 29488_ | _Columbia, SC 29211_ |
| phone: _843.549.9455_ fax: _____ | phone: _803·734·3970_ fax: _____ |
| e-mail: _____ her: _____ | e-mail: _____ her: _____ |

☑ **MOTION HEARING REQUESTED** (attach written motion and complete SECTIONS I and III)
☐ **FORM MOTION, NO HEARING REQUESTED** (complete SECTIONS II and III)
☐ **PROPOSED ORDER/CONSENT ORDER** (complete SECTIONS II and III)

**SECTION I: Hearing Information**
Nature of Motion: _59(e)_
Estimated Time Needed: _10 minutes_     Court Reporter Needed: ☑ YES / ☐ NO

**SECTION II: Motion/Order Type**
☐ Written motion attached
☐ Form Motion/Order
   I hereby move for relief or action by the court as set forth in the attached proposed order.

Signature of Attorney for ☐ Plaintiff / ☐ Defendant     Date submitted

**SECTION III: Motion Fee**
☐ PAID – AMOUNT: _____
☑ EXEMPT:  ☐ Rule to Show Cause in Child or Spousal Support
(check reason) ☐ Domestic Abuse or Abuse and Neglect
   ☐ Indigent Status     ☐ State Agency v. Indigent Party
   ☐ Sexually Violent Predator Act     ☑ Post-Conviction Relief
   ☐ Motion for Stay in Bankruptcy
   ☐ Motion for Publication     ☐ Motion for Execution (Rule 69, SCRCP)
   ☐ Proposed order submitted at request of the court; or,
      reduced to writing from motion made in open court per judge's instructions
   Name of Court Reporter: _____
   ☐ Other: _____

**JUDGE'S SECTION**
☐ Motion Fee to be paid upon filing of the attached order.
☐ Other:

JUDGE _____
CODE: _____  Date: _____

2010 NOV 30 AM 11:49
PATRICIA C. GRANT
COLLETON COUNTY
COMMON PLEAS

**CLERK'S VERIFICATION**
Date Filed: _____
Collected by: _____

☐ MOTION FEE COLLECTED: _____
☐ CONTESTED – AMOUNT DUE: _____

SCCA/233 (11/03)

| | |
|---|---|
| State of South Carolina, ) | In the Court of Common Pleas. |
| County of Colleton. ) | Case No. 2008-CP-15-1038. |
| Anthony L. Brown, #251490, ) | |
| Applicant, ) | Motion. |
| v. ) | |
| The State of South Carolina, ) | |
| Respondent. ) | |

Applicant moves the court to alter or amend the judgment heretofore entered in thi action, insofar as said judgment fails to address the issue of the effectiveness of counsel on the ground that Applicant was not informed about the meaning of reasonable doubt, nor was he informed that the burden of proof that the State would have to meet at the trial of the case was proof beyond a reasonable doubt.

Counsel for the Applicant affirms that he spoke with Counsel for the Respondent and attempted in good faith to resolve the matter in the motion, who recommended a 59 (e) motion.

............/s/............................
Attorney for Petitioner.
J.D. Bryan
P.O. Box 1111
209 East Washington Street
Walterboro, S.C. 29488
(843)-549-9455.

Tue, Nov 30, 2010.

2010 NOV 30 AM 11:49
PATRICIA C. GRANT
COLLETON COUNTY
COMMON PLEAS