THE STATE OF SOUTH CAROLINA
IN THE SUPREME COURT

---

APPEAL FROM COLLETON COUNTY
Court of Common Pleas.

Honorable Perry M. Buckner, Circuit Judge

---

CASE NUMBER 2008-CP-15-1038.

---

Anthony La'Mar Brown, #251490, ............................................................Appellant,

v.

The State of South Carolina,........................................................................Respondent.

---

NOTICE OF APPEAL (PCR).

---

Anthony La'Mar Brown hereby appeals to the Supreme Court for the State of South Carolina from the Order of the Honorable Perry M. Buckner, dated 18 November 2010, denying Post-Conviction Relief, and Amended Order dated 17 December 2010. Appellant received written notice of entry of the Amended order on 26 April 2011.

Mon, May 23, 2011.

J.D. Bryan
P.O. Box 1111
209 East Washington Street.
Walterboro, S.C. 29488
(843) 549-9455

Other counsel of record are:

Matthew J. Friedman,
Assistant Attorney General
Rembert C. Dennis Building
PO Box 11549
Columbia, SC 29211
Attorney for the Respondent.

THE STATE OF SOUTH CAROLINA
IN THE SUPREME COURT

APPEAL FROM COLLETON COUNTY
Court of Common Pleas.

Honorable Perry M. Buckner, Circuit Judge

CASE NUMBER 2008-CP-15-1038.

Anthony La'Mar Brown, #251490, ..............................................................Appellant,

v.

The State of South Carolina,................................................................Respondent.

Proof of Service.

I certify that I have served the Notice of Appeal on the above-named Respondent, by depositing a copy thereof in the United States Mail, postage prepaid, to its attorney of record, Matthew J. Friedman, Assistant Attorney General, Rembert C. Dennis Building, PO Box 11549, Columbia, SC 29211, on Mon, May 23, 2011,.

Mon, May 23, 2011

J.D. Bryan
P.O. Box 1111
Walterboro, S.C. 29488
(843) 549-9455
Counsel for the Appellant.