# The South Carolina Court of Appeals

Anthony Lamar Brown, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2011-192935

---

### ORDER

---

This matter is before the Court on a petition for a writ of certiorari following the denial of Petitioner's application for post-conviction relief.

Petitioner's counsel asserts that the petition is without merit and requests permission to withdraw from further representation. Petitioner has not filed a pro se petition.

After careful consideration of the entire appendix as required by *Johnson v. State*, 294 S.C. 310, 364 S.E.2d 201 (1988), we deny the petition and grant counsel's request to withdraw.

_____ C.J.

_____ J.

_____ J.

Columbia, South Carolina



FILED
May 15, 2013

cc:   Matthew J. Friedman
      Robert Michael Dudek