

# The South Carolina Court of Appeals

JENNY ABBOTT KITCHINGS
CLERK

V. CLAIRE ALLEN
DEPUTY CLERK

POST OFFICE BOX 11629
COLUMBIA, SOUTH CAROLINA 29211
1015 SUMTER STREET
COLUMBIA, SOUTH CAROLINA 29201
TELEPHONE: (803) 734-1890
FAX: (803) 734-1839
www.sccourts.org

June 05, 2013

The Honorable Patricia C. Grant
PO Box 620
Walterboro SC 29488-0028

### REMITTITUR

Re:   Brown, Anthony Lamar v. The State
      Lower Court Case No. 2008CP1501038
      Appellate Case No. 2011-192935

Dear Clerk of Court:

The above referenced matter is hereby remitted to the lower court or tribunal. A copy of the judgment of this Court is enclosed.

Very truly yours,

CLERK

Enclosure

cc:   Matthew J. Friedman
      Robert Michael Dudek
      Anthony Lamar Brown, 00251490

RECEIVED
JUN 10 2013
SVP

ATTORNEY GENERAL'S OFFICE
RECEIVED 6/11/13
ADMINISTRATIVE INSTRUCTIONS
FILE OPEN END
HAVE COPIES MADE
ROUTE TO
ORDER TRANSCRIPT
OPEN RECORDS CLERK RECORDS
OTHER:

- scan order and rem.
- draft closing letter
6/11/13