STATE OF SOUTH CAROLINA )
 ) **INDICTMENT #04GS15-0420**
County of Colleton )

At a Court of General Sessions, convened on July 19, 2004, the Grand Jurors of Colleton County present upon their oath:

**COUNT:** **MURDER**
16-3-20

That Anthony L. Brown did in Colleton County on or about April 13, 2004, feloniously, wilfully and with malice aforethought, kill one Carolyn Maloney by means of shooting her and that the said Carolyn Maloney did die in Colleton County as a proximate result thereof on or about the 13th day of April, 2004.

Against the peace and dignity of the State, and contrary to the statute in such case made and provided.

SOLICITOR [signature]

| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF GENERAL SESSIONS |
|---|---|---|
| COUNTY OF Colleton | ) | |
| STATE VS. | ) | INDICTMENT/CASE#: 04-GS-15-0420 |
| Anthony Lamar Brown | ) | A/W#: G-308170 |
| AKA: Banks | ) | Date of Offense: 4-13-04 |
| Race: B  Sex: M  Age: 25 | ) | S.C. Code §: 16-3-20 |
| [redacted] | ) | CDR Code #: 0116 |
| City, State, Zip: | ) | **SENTENCE SHEET** |
| DL#         SID# | ) | |

In disposition of the said indictment comes now the Defendant who was ☐ CONVICTED OF or ☒ PLEADS TO: **MURDER**

in violation of § **16-3-20** of the S.C. Code of Laws, bearing CDR Code # **0116**

☐ NON-VIOLENT    ☒ VIOLENT    ☐ SERIOUS    ☒ MOST SERIOUS    ☐ Mandatory GPS (CSC w/minor 1st or Lewd Act)    ☐ §17-25-45

The charge is: ☒ As indicted, ☐ Lesser Included Offense, ☐ Defendant Waives Presentment to Grand Jury. _____ (Defendant initial)
The plea is: ☐ Without Negotiations or Recommendation, ☒ Negotiated Sentence, ☐ Recommendation by the State.

ATTEST:
_____   _____   _____
Solicitor                 Defendant                 Attorney for Defendant

WHEREFORE, the Defendant is committed to the ☒ State Department of Corrections, ☐ County Detention Center, for a determinate term of **40** days/months/**years** or ☐ under the Youthful Offender Act not to exceed _____ years and/or to pay a fine of $_____; provided that upon the service of _____ days/months/years and/or payment of $_____; plus costs and assessments as applicable*; the balance is suspended with probation for _____ months/years and subject to South Carolina Department of Probation, Parole and Pardon Services standard conditions of probation, which are incorporated by reference.

☒ CONCURRENT or ☐ CONSECUTIVE to sentence on: **04-GS-15-0421**
☒ The Defendant is to be given credit for time served pursuant to S.C. Code §24-13-40 to be calculated and applied by the State Department of Corrections. **CTS from 4/28/04**
☐ The Defendant is to be placed on Central Registry of Child Abuse and Neglect pursuant to S.C. Code §17-25-135.

**SPECIAL CONDITIONS:**

| | |
|---|---|
| ☐ RESTITUTION: ☐ Heard, ☐ Waived, ☐ Ordered | PTUP _____ days/hours Public Service Employment |
| Total: $_____  plus 20% fee: $_____ | Obtain GED |
| Payment Terms: | Attend Voc. Rehab. or Job Corp. |
| ☐ set by SCDPPPS | May serve W/E beginning |
| | Substance Abuse Counseling |
| Recipient: | Random Drug/Alcohol Testing |
| *Fine: | Fine may be pd. in equal, consecutive weekly/monthly pmts. of $_____ beginning _____ |
| §14-1-206 (Assessments 107.5%)      $100  $100.00 | $_____ paid to Public Defender Fund |
| §14-1-211(A)(1) (Conv. Surcharge)    $100 | Other: |
| §14-1-211(A)(2) (DUI Surcharge)      $100 | |
| §56-5-2995 (DUI Assessment)          $12 | |
| §95.13 (Public Def/Prob)             $500 | |
| §73.3, 1B TP (Law Enforce. Funding)  $25   $25.00 | |
| §33.7, 1B TP (Drug Court Surcharge)  $100 | |
| §60-21-114(BUI Breath Test Fee)      $50 | |
| §56-5-2942(J) (Vehicle Assessment)   $40/ea | ☐ Appointed PD or appointed other counsel, §95.13 TP Requires $500 be paid to Clerk during probation. |
| 3% to County (if paid in installments)       3.75 | |
| TOTAL                                $128.75 | |

_____
Patricia C. Grant
Clerk of Court/ Deputy Clerk
Court Reporter: Mia Perron

PRESIDING JUDGE: C T Muller
Judge Code: 2 1 1 4 1 2
Sentence Date: 3/13/07

**CERTIFIED TRUE COPIES OF RECORDS**

Patricia C. Grant
CLERK OF COURT, GENERAL SESSIONS COURT
COLLETON COUNTY, SOUTH CAROLINA
DATE: 4/16/07

SCCA/217 (9/2006)

CERTIFIED TRUE COPIES OF RECORDS

CLERK OF COURT, GENERAL SESSIONS COURT
COLLETON COUNTY, SOUTH CAROLINA
DATE:

WITNESSES

Det. Hampton Jenkins

SSgt. Lesley Jamison

ARREST WARRANT #:

G308170

Arrested on May 12, 2004

ACTION OF GRAND JURY

True Bill

Foreman: [redacted]
Grand Jury

VERDICT

Foreman: ______________
Petit Jury
Date: ______________

DOCKET #: 04GS15-0420

THE STATE OF SOUTH CAROLINA
County of Colleton

COURT OF GENERAL SESSIONS

Term: July, 2004

THE STATE

vs.

Anthony L. Brown

INDICTMENT FOR

0116

MURDER

16-3-20

**ARREST WARRANT**

G-308170

**STATE OF SOUTH CAROLINA**

[X] County/ [ ] Municipality of COLLETON COUNTY

**THE STATE**

against

BROWN, ANTHONY L.

WALTERBORO, SC 29488

Sex: M Race: B Height: 5' 11" Weight: 190

State: DL #:

Agency ORI #:

Prosecuting Agency:

Prosecuting Officer:

Offense: MURDER

Offense Code: 0116

Code/Ordinance Sec. 16-3-10

This warrant is **CERTIFIED FOR SERVICE** in the [ ] County/ [ ] Municipality of ________. The accused is to be arrested and brought before me to be dealt with according to law.

________ (L.S.)
Signature of Judge

Date:

**RETURN**

A copy of this arrest warrant was delivered to defendant BROWN, ANTHONY L. on 5-12-04.

WE [signature] Det
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**
K. A. CAMPBELL, JR.
P.O. BOX 1732/40-B KLEIN
WALTERBORO, SC 29488 0

**STATE OF SOUTH CAROLINA**

[X] County/ [ ] Municipality of COLLETON COUNTY

**AFFIDAVIT**

Form Approved by S.C. Attorney General July 26, 1990 SCCA 518

Personally appeared before me the affiant DET. HAMPTON JENKINS who being duly sworn deposes and says that defendant BROWN, ANTHONY L. did within this county and state on 04/13/04 violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of COLLETON) in the following particulars:

**DESCRIPTION OF OFFENSE:** MURDER
16-3-10

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:
THAT ON APRIL 13, 2004 AT MALONEY CONCRETE, LOCATED AT 1065 ACORN RD., WALTERBORO, SC IN THE COUNTY OF COLLETON ONE APRIL HAMPTON, ANTHONY L. BROWN, ANTHONY T. BROWN, AND RAYE NELSON DID SHOOT AND KILL CAROLYN MALONEY WHILE COMMITING AN ARMED ROBBERY. PROBABLE CAUSE IS BASED ON WITNESS STATEMENTS. ALL OF THIS BEING IN VIOLATION OF SC CRIMINAL CODE OF LAWS.
OCA #04-1466

Sworn to and subscribed before me on MAY 05, 2004

[signature] (L.S.)
Signature of Issuing Judge

[signature] D316
Signature of Affiant

Affiant's Address 119 BENSON ST. C.C.S.O.
WALTERBORO, SC 29488

Affiant's Telephone 843 549-2211 000-0000

**STATE OF SOUTH CAROLINA**

[X] County/ [ ] Municipality of COLLETON

**ARREST WARRANT**

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that on 04/13/04 defendant BROWN, ANTHONY L. did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of COLLETON) as set forth below:

**DESCRIPTION OF OFFENSE:** MURDER
16-3-10

Now, therefore, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

[signature] (L.S.)
Signature of Issuing Judge

Judge Code: 675
K. A. CAMPBELL, JR.

Judge's Address P.O. BOX 1732/40-B KLEIN
WALTERBORO, SC 29488 0

Judge's Telephone 843 549-1122

Issuing Court: [X] Magistrate [ ] Municipal [ ] Circuit

**ORIGINAL**

BAIL set by

Judge: Kerry Baxley #5067

on: May 18, 2004

Type and Amount: Circuit Judge

Name of Surety:

**PRELIMINARY HEARING** held by

Judge:

on:

Defense Attorney:

Decision:

**DISPOSITION** before

Judge:

on:

by:
(indicate jury trial, bench trial, plea, nol pros., etc.)

Disposition:

Sentence:

**JURORS**

**WITNESSES**

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

**CODEFENDANTS**

**Appointed as Attorney** A. Grimes

**Date** 4/29/04

04 MAY 19 AM 11:26
COLLETON COUNTY
GENERAL SESSIONS COURT

**Arraigned** 5-18-04

Kerry Baxley #5067
**MAGISTRATE**

| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF GENERAL SESSIONS |
|---|---|---|
| COUNTY OF Colleton | ) | |
| STATE VS. | ) | INDICTMENT/CASE#: 04-GS-15-0421 |
| Anthony Lamar Brown | ) | A/W#: G 308171 |
| AKA: | ) | Date of Offense: 4-13-04 |
| Race: B  Sex: M  Age: 25 | ) | S.C. Code §: 16-11-330 |
| Address: [redacted] | ) | CDR Code #: 0139 |
| City, State, Zip: | ) | |
| DL#:   SID#: | ) | **SENTENCE SHEET** |

In disposition of the said indictment comes now the Defendant who was ☐ CONVICTED OF or ☒ PLEADS
TO: ARMED ROBBERY
in violation of § 16-11-330 of the S.C. Code of Laws, bearing CDR Code # 0139
☐ NON-VIOLENT  ☒ VIOLENT  ☐ SERIOUS  ☒ MOST SERIOUS  ☐ Mandatory GPS (CSC w/minor 1st or Lewd Act)  ☐ §17-25-45

The charge is: ☒ As Indicted, ☐ Lesser Included Offense, ☐ Defendant Waives Presentment to Grand Jury. _____ (Defendant Initial)
The plea is: ☐ Without Negotiations or Recommendation, ☒ Negotiated Sentence, ☐ Recommendation by the State.
ATTEST: _____ Solicitor  _____ Defendant  _____ Attorney for Defendant

WHEREFORE, the Defendant is committed to the ☒ State Department of Corrections, ☐ County Detention Center, for a determinate term of 30 days/months/**years** or ☐ under the Youthful Offender Act not to exceed _____ years and/or to pay a fine of $ _____; provided that upon the service of _____ days/months/years and/or payment of $ _____; plus costs and assessments as applicable*; the balance is suspended with probation for _____ months/years and subject to South Carolina Department of Probation, Parole and Pardon Services standard conditions of probation, which are incorporated by reference.
☒ CONCURRENT or ☐ CONSECUTIVE to sentence on: 04-GS-15-0420
☒ The Defendant is to be given credit for time served pursuant to S.C. Code §24-13-40 to be calculated and applied by the State Department of Corrections. credit time served from 04/28/04
☐ The Defendant is to be placed on Central Registry of Child Abuse and Neglect pursuant to S.C. Code §17-25-135.

**SPECIAL CONDITIONS:**

☐ RESTITUTION: ☐ Heard, ☐ Waived, ☐ Ordered
Total: $ _____ plus 20% fee: $ _____
Payment Terms:
☐ set by SCDPPPS

Recipient:
*Fine:
§14-1-206 (Assessments 107.5%)         $100   $100.00
§14-1-211(A)(1) (Conv. Surcharge)       $100
§14-1-211(A)(2) (DUI Surcharge)         $12
§56-5-2995 (DUI Assessment)             $500
§35.13 (Public Def/Prob)                $25    25.00
§73.3, 1B TP (Law Enforce. Funding)     $100
§33.7, 1B TP (Drug Court Surcharge)     $50
§50-21-114 (BUI Breath Test Fee)        $40/ea
§56-5-2942(J) (Vehicle Assessment)
3% to County (if paid in installments)         3.75
TOTAL                                   $128.75

PTUP _____ days/hours Public Service Employment
Obtain GED
Attend Voc. Rehab. or Job Corp.
May serve W/E beginning
Substance Abuse Counseling
Random Drug/Alcohol Testing
Fine may be pd. in equal, consecutive weekly/monthly pmts. of $ _____ beginning _____ paid to Public Defender Fund
Other:

☐ Appointed PD or appointed other counsel, §35.13 TP Requires $500 be paid to Clerk during probation.

_____ Patricia C. Grant
Clerk of Court/ Deputy Clerk
Court Reporter: Misa Person

PRESIDING JUDGE: CT Muller
Judge Code: 2 1 1 4 1 2
Sentence Date: 3/13/07

SCCA/217 (9/2006)

**ARREST WARRANT**

G-308171

**STATE OF SOUTH CAROLINA**

[X] County/ [ ] Municipality of COLLETON COUNTY

**THE STATE**

against

BROWN, ANTHONY L.

WALTERBORO, SC 29488

Sex: M Race: B Height: 5'11" Weight: 190

State: DL #:

Agency ORI #:

Prosecuting Agency:

Prosecuting Officer:

Offense: ARMED ROBBERY

Offense Code: 0139

Code/Ordinance Sec. 16-11-330

This warrant is **CERTIFIED FOR SERVICE** in the [ ] County/ [ ] Municipality of ______. The accused is to be arrested and brought before me to be dealt with according to law.

______ (L.S.)
Signature of Judge

Date: ______

**RETURN**

A copy of this arrest warrant was delivered to defendant BROWN, ANTHONY L. on 5-12-04.

WE [signature] DeT
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**
K. A. CAMPBELL, JR.
P.O. BOX 1732/40-B KLEIN
WALTERBORO, SC 29488 0

**STATE OF SOUTH CAROLINA** )
[X] County/ [ ] Municipality of )
COLLETON COUNTY )

**AFFIDAVIT**

Form Approved by S.C. Attorney General July 26, 1990 SCCA 518

Personally appeared before me the affiant DET. HAMPTON JENKINS who being duly sworn deposes and says that defendant BROWN, ANTHONY L. did within this county and state on 04/13/04 violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of COLLETON ) in the following particulars:

**DESCRIPTION OF OFFENSE:** ARMED ROBBERY
16-11-330

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

THAT ON APRIL 13, 2004 AT MALONEY CONCRETE, LOCATED AT 1065 ACORN RD., WALTERBORO, SC AND IN THE COUNTY OF COLLETON ONE ANTHONY L. BROWN. ANTHONY T. BROWN DID ENTER THE BUSINESS AND ROB AND KILL THE VICTIM, CAROLYN MALONEY. BOTH DEFENDANTS WERE ARMED WITH HANDGUNS DURING THE COMMISSION OF THIS CRIME. PROBABLE CAUSE IS BASED ON A SELF-INCRIMINATING STATEMENT BY A CO-DEFENDANT AND EVIDENCE FROM THE CRIME RECEIVED FROM CO-DEFENDANTS. ALL OF THIS BEING IN VIOLATION OF SC CRIMINAL CODE OF LAWS. OCA #04-1466

Sworn to and subscribed before me on MAY 05, 2004

[signature] (L.S.)
Signature of Issuing Judge

[signature] 0316
Signature of Affiant

Affiant's Address 119 BENSON ST. C.C.S.O. WALTERBORO, SC 29488

Affiant's Telephone 843 549-2211 000-0000

**STATE OF SOUTH CAROLINA** )
[X] County/ [ ] Municipality of )
COLLETON )

**ARREST WARRANT**

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that on 04/13/04 defendant BROWN, ANTHONY L. did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of COLLETON ) as set forth below:

**DESCRIPTION OF OFFENSE:** ARMED ROBBERY
16-11-330

Now, therefore, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable.

[signature] (L.S.)
Signature of Issuing Judge

Judge Code: 675
K. A. CAMPBELL, JR.

Judge's Address P.O. BOX 1732/40-B KLEIN WALTERBORO, SC 29488 0

Judge's Telephone 843 549-1122

Issuing Court: [X] Magistrate [ ] Municipal [ ] Circuit

**ORIGINAL**

BAIL set by

Judge Kenneth Bentley #:506

on MAY 13 2004

Type and Amount: CIRCUIT SINGLE

Name of Surety

PRELIMINARY HEARING held by

Judge

on

Defense Attorney

Decision

DISPOSITION before

Judge

on

by
(indicate jury trial, bench trial, plea, nol pros, etc.)

Disposition

Sentence

JURORS

WITNESSES

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

CODEFENDANTS

Appointed as Attorney A. Grimes
Date 4/29/04

04 MAY 19 AM 11:26

Arraigned 5-18-04
MAGISTRATE
#:506

STATE OF SOUTH CAROLINA )
) **INDICTMENT #04GS15-0421**
County of Colleton )

At a Court of General Sessions, convened on July 19, 2004, the Grand Jurors of Colleton County present upon their oath:

**COUNT:** **ARMED ROBBERY**
(16-11-330)

That Anthony L. Brown did in Colleton County on or about April 13, 2004, while armed with a deadly weapon, or while alleging or representing, by action or words, that he/she was armed with a deadly weapon, or other object that a person present, reasonably believed to be a deadly weapon, to wit: a handgun, feloniously take from the person or presence of the victim, Carolyn Maloney, by means of force or intimidation goods or monies of said victim, such goods or monies being described as follows: purse, bank bag, diaper bag (VHC)

Against the peace and dignity of the State, and contrary to the statute in such case made and provided.

SOLICITOR [signature]

**WITNESSES**

Det. Hampton Jenkins

SSgt. Lesley Jamison

**ARREST WARRANT #:**

G308171

Arrested on May 12, 2004

**ACTION OF GRAND JURY**

True Bill

Foreman: [redacted]
Grand Jury

**VERDICT**

Foreman: ____________
Petit Jury
Date: ____________

DOCKET #: 04GS15-0421

**THE STATE OF SOUTH CAROLINA**
County of Colleton

**COURT OF GENERAL SESSIONS**

Term: July, 2004

**THE STATE**

vs.

Anthony L. Brown

**INDICTMENT FOR**

0139

ARMED ROBBERY

(16-11-330)

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
RECORD SUMMARY REPORT DATED 12/16/08 C0404

BROWN,ANTHONY LAMAR FBI # 437449NB0 SID# SC01314423 SCDC # 251490
OFFENDER TYPE.: ADULT-STRAIGHT SENTENCE
INSTITUTION ..: PERRY CORR INST DORM............: Q3A0223B
SECURITY/CUST.: 3 MINIMUM IN RACE....:B SEX...:M
CURR INCARC SENT...: 40 YRS 0 MOS 0 DYS PROJ MAXOUT DATE: 04/18/2044
CENTRAL MONITORING.: YES SEPREQ PROJ PAROLE DATE: 00/00/0000
SOCIAL SECURITY #...: [redacted] EWC JOB..: NO CURRENT JOB
EDUC PGM.: NO CURR EDUC PROGRAM
CURRENT PROGRAM..: NO CURRENT PROGRAM EWC LEVEL: 0 EEC LEVEL:
AGE...: 27 DATE OF BIRTH..: [redacted] ASSIGNMENT..: GENERAL DETAIL UNEM

---

PREVIOUS NUMBERS:
Y00251490

| CURRENT OFFENSES | SENTENCE YRS | MOS | DYS | COUNTY | SENTENCE START | V/NV | CATEGORY |
|---|---|---|---|---|---|---|---|
| ARMED ROBBERY | 30 | 0 | 0 | COLLETON | 4/28/20 4 | V | 4 |
| MURDER | 40 | 0 | 0 | COLLETON | 4/28/20 4 | V | 5 |

PRIOR COMMITMENTS OVER 90 DAYS:
5/24/ 0 *COMMON LAW ROBBERY 0 YRS 8 MOS 0 DYS
DETAINERS (HOLD,WANTED,NOTIFY):
CARJACKING NOTIFY OPEN ARREST NOTIFICATION CATEG: 4
ESCAPES:
*NO ESCAPE HISTORY*
CRIMINAL CHARGES:
*NO CRIMINAL CHARGES HISTORY*
ASSAULTIVE DISCIPLINARIES:
12/18/ 7 ROBBERY WITH FORCE DROPPED CHARG INMATE
NON-ASSAULTIVE DISCIPLINARIES:

| | | | |
|---|---|---|---|
| 9/ 8/ 8 | UNAUTH I/M ORGAN/PART ST | NOT GUILTY | MAJOR |
| 5/ 2/ 8 | DISRESPECT | CONVICTED | ADMIN |
| 12/18/ 7 | POSS. OR/ATTEMPT TO POSS | CONVICTED | MAJOR |
| 10/29/99 | SEXUAL MISCONDUCT | | OTHER |
| 6/21/99 | DAMAGE,DESTROY,PROP.VALU | CONVICTED | MAJOR |
| 6/12/99 | FIGHTING WITHOUT A WEAPO | CONVICTED | MAJOR |
| 10/31/98 | FIGHTING WITHOUT A WEAPO | CONVICTED | MINOR |

HISTORY OF MOVEMENTS:

| | | | |
|---|---|---|---|
| 10/16/ 7 | PERRY | INCARCERATED | ADMINISTRATIVE |
| 10/16/ 7 | KIRKLAND | INCARCERATED | MEDICAL |
| 5/ 3/ 7 | PERRY | INCARCERATED | ADMINISTRATIVE |
| 3/14/ 7 | KIRKLAND | INCARCERATED | R&E PROCESSING |
| 3/14/ 7 | LIEBER | INCARCERATED | NEW ADMISSION |

HISTORY OF EARNED WORK CREDIT ASSIGNMENTS:

| JOB DESCRIPTION | START DATE | END DATE | TERMINATION REASON | JOB LVL |
|---|---|---|---|---|
| WARDKEEPER ASSISTANT | 10/07/99 | 1/14/ 0 | RELEASED/PAROLED | 3F5 |

HISTORY OF EARNED EDUCATION CREDITS:

| EEC DESCRIPTION | START DATE | END DATE | TERMINATION REASON |
|---|---|---|---|
| LVL 3 - FULL TIME(NO EWC) | 12/04/98 | 10/ 6/99 | COMPLETED EDUC PROGRAM |
| LVL 3 - FULL TIME(NO EWC) | 11/18/98 | 12/ 3/98 | CUSTODY REVIEW |
| LVL 3 - FULL TIME(NO EWC) | 08/18/98 | 10/16/98 | INSTIT TRANSFER |

********* END OF REPORT *********

```
CMTI330D                SCDC OFFENDER MANAGEMENT SYSTEM                12/16/08
OMCOMITA                     RELEASE DATE SCREEN                       C040481
SCDC# >  251490                                          LOC: PERRY
BROWN, ANTHONY LAMAR                    SCDC CLASSIFICATION..: VIOLENT
OFFENDER TYPE...: ADULT-STRAIGHT SENTENCE   SEXUAL REGISTRY..: N
                                            SEXUAL PREDATOR..: NOT APP
                                            DNA STATUS.......: COMPLETED
                                            GPS REQUIREMENT..: N
                                            PREA DECISION....:
CURRENT SENTENCE: 040-00-000            CONSECUTIVE SENTENCE ..: N
                  040-00-000            CURRENT SENT START DATE: 04/28/2004
PROJECTED COMPLETION DATES
  MAXOUT DATE .....: 04/18/2044         CURRENT EWC .: NOT CURRENTLY EARNING EWC
  YOA SIX YEAR DATE:   /  /             CURRENT EEC .: NOT CURRENTLY EARNING EEC
INITIAL PAROLE DATE: 00/00/0000         NEXT PAROLE HEARING DATE: 00/00/0000


TOTAL GT DAYS EARNED .......: 000000    LABOR CREW/WORK PROG DATE: 99/99/9999
TOTAL EARNED WORK CREDITS ..: 000000    LABOR CREW DISQ REASON:
TOTAL EDUCATION CREDITS ....: 000000      CATEGORY 4 OR 5 OFFENSE
TOTAL EXTRA EARNED CREDITS .: 000
TOTAL SERVICE TIME EARNED ..: 001668

PFKEYS:        5:HISTORY OF DATE CHANGES
4-©            1 Sess-1    167.7.50.33             SCDC1491         3/11
```

|  |  |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF GENERAL SESSIONS |
| COUNTY OF _Colleton_ | INDICTMENT/CASE#: _04_-GS-_15_-_0421_ |
| STATE VS. _Anthony Lamar Brown_ | A/W#: _G 308171_ |
| AKA: _____ | Date of Offense: _4-13-04_ |
| Race: _B_  Sex: _M_  Age: _25_ | S.C. Code §: _16-11-330_ |
| Address: ■■■■■■ | CDR Code #: _0139_ |
| City, State, Zip: _____ | **SENTENCE SHEET** |
| DL# _____  SID# _____ | |

In disposition of the said indictment comes now the Defendant who was ☐ CONVICTED OF or ☒ PLEADS
TO: _ARMED ROBBERY_
in violation of § _16-11-330_ of the S.C. Code of Laws, bearing CDR Code # _0139_     ☐ §17-25-45
☐ NON-VIOLENT  ☒ VIOLENT  ☐ SERIOUS  ☒ MOST SERIOUS  ☐ Mandatory GPS (CSC w/minor 1st or Lewd Act)

The charge is: ☒ As Indicted, ☐ Lesser Included Offense, ☐ Defendant Waives Presentment to Grand Jury. _____ (Defendant initial)
The plea is: ☐ Without Negotiations or Recommendation, ☒ Negotiated Sentence, ☐ Recommendation by the State.
ATTEST: _HK Alexander_ / _Anthony L. Brown_ / _[signature]_
         Solicitor                Defendant                  Attorney for Defendant

WHEREFORE, the Defendant is committed to the ☒ State Department of Corrections, ☐ County Detention Center, for a determinate term of 30 days/months/**years** or ☐ under the Youthful Offender Act not to exceed _____ years and/or to pay a fine of $_____; provided that upon the service of _____ days/months/years and/or payment of $_____; plus costs and assessments as applicable*; the balance is suspended with probation for _____ months/years and subject to South Carolina Department of Probation, Parole and Pardon Services standard conditions of probation, which are incorporated by reference.
☒ CONCURRENT or ☐ CONSECUTIVE to sentence on: _04-GS-15-0420_
☒ The Defendant is to be given credit for time served pursuant to S.C. Code §24-13-40 to be calculated and applied by the State Department of Corrections. _credit time served from 04/28/04_
☐ The Defendant is to be placed on Central Registry of Child Abuse and Neglect pursuant to S.C. Code §17-25-135.

**SPECIAL CONDITIONS:**

| | |
|---|---|
| ☐ RESTITUTION: ☐ Heard, ☐ Waived, ☐ Ordered | PTUP _____ days/hours Public Service Employment |
| Total: $_____ plus 20% fee: $_____ | Obtain GED |
| Payment Terms: _____ | Attend Voc. Rehab. or Job Corp. |
| ☐ set by SCDPPPS | May serve W/E beginning _____ |
| | Substance Abuse Counseling |
| Recipient: _____ | Random Drug/Alcohol Testing |
| *Fine: | Fine may be pd. in equal, consecutive weekly/monthly pmts. of $_____ beginning _____ |
| §14-1-206 (Assessments 107.5%)     $100   $100.00 | $ _____ paid to Public Defender Fund |
| §14-1-211(A)(1) (Conv. Surcharge)   $100 | Other: _____ |
| §14-1-211(A)(2) (DUI Surcharge)     $12 | |
| §56-5-2995 (DUI Assessment)        $500 | |
| §35.13 (Public Def/Prob)             $25   $25.00 | |
| §73.3, 1B TP (Law Enforce. Funding) $100 | |
| §33.7, 1B TP (Drug Court Surcharge)  $50 | ☐ Appointed PD or appointed other counsel, §35.13 TP Requires $500 be paid to Clerk during probation. |
| §50-21-114(BUI Breath Test Fee) | |
| §56-5-2942(J) (Vehicle Assessment)  $40/ea | |
| 3% to County (if paid in installments)   3.75 | |
| TOTAL                              $128.75 | |

_Patricia C. Grant_
Clerk of Court/ Deputy Clerk
_Mia Perron_
Court Reporter:

PRESIDING JUDGE: _CT Muller_
Judge Code: _2 1 1 4 1 2_
Sentence Date: _3/13/07_

SCCA/217 (9/2006)

CERTIFIED TRUE COPIES OF RECORDS
_Patricia C. Grant_
CLERK OF COURT, GENERAL SESSIONS COURT
COLLETON COUNTY, SOUTH CAROLINA
DATE: _3-13-07_

# SENTENCE SHEET

**STATE OF SOUTH CAROLINA**
COUNTY OF Colleton
STATE VS. Anthony Lamar Brown
AKA: Banks
Race: B  Sex: M  Age: 25
Address:
City, State, Zip:
DL#  SID#

**IN THE COURT OF GENERAL SESSIONS**
INDICTMENT/CASE#: 04-GS-15-0420
A/W#: G308170
Date of Offense: 4-13-04
S.C. Code §: 16-3-20
CDR Code #: 0116

In disposition of the said indictment comes now the Defendant who was ☐ CONVICTED OF or ☒ PLEADS
TO: MURDER  CDR Code # 0116
in violation of § 16-3-20 of the S.C. Code of Laws, bearing CDR Code #
☐ NON-VIOLENT  ☒ VIOLENT  ☐ SERIOUS  ☒ MOST SERIOUS  ☐ Mandatory GPS (CSC w/minor 1st or Lewd Act)  ☐ §17-25-45

The charge is: ☒ As Indicted, ☐ Lesser Included Offense, ☐ Defendant Waives Presentment to Grand Jury ____ (Defendant initial)
The plea is: ☐ Without Negotiations or Recommendation, ☒ Negotiated Sentence, ☐ Recommendation by the State.
ATTEST: _____ Solicitor    Anthony L. Brown / Defendant    _____ Attorney for Defendant

WHEREFORE, the Defendant is committed to the ☒ State Department of Corrections, ☐ County Detention Center, for a determinate term of 40 days/months/**years** or ☐ under the Youthful Offender Act not to exceed ____ years and/or to pay a fine of $____ ; provided that upon the service of ____ days/months/years and/or payment of $____ ; plus costs and assessments as applicable*; the balance is suspended with probation for ____ months/years and subject to South Carolina Department of Probation, Parole and Pardon Services standard conditions of probation, which are incorporated by reference.
☒ CONCURRENT or ☐ CONSECUTIVE to sentence on: 04-GS-15-0421
☒ The Defendant is to be given credit for time served pursuant to S.C. Code §24-13-40 to be calculated and applied by the State Department of Corrections. CTS from 4/28/04
☐ The Defendant is to be placed on Central Registry of Child Abuse and Neglect pursuant to S.C. Code §17-25-135.

**SPECIAL CONDITIONS:**

☐ RESTITUTION: ☐ Heard, ☐ Waived, ☐ Ordered
Total: $____ plus 20% fee: $____
Payment Terms:
☐ set by SCDPPPS

Recipient:
*Fine:
§14-1-206 (Assessments 107.5%)        $100    $100.00
§14-1-211(A)(1) (Conv. Surcharge)     $100
§14-1-211(A)(2) (DUI Surcharge)       $12
§56-5-2995 (DUI Assessment)           $500
§35.13 (Public Def/Prob)              $25     $25.00
§73.3, 1B TP (Law Enforce. Funding)   $100
§33.7, 1B TP (Drug Court Surcharge)   $50
§50-21-114(BUI Breath Test Fee)       $40/ea
§56-5-2942(J) (Vehicle Assessment)            $3.70
3% to County (if paid in installments)
TOTAL                                         $128.75

PTUP ____ days/hours Public Service Employment
Obtain GED
Attend Voc. Rehab. or Job Corp.
May serve W/E beginning
Substance Abuse Counseling
Random Drug/Alcohol Testing
Fine may be pd. in equal, consecutive weekly/monthly pmts. of $____ beginning ____
$____ paid to Public Defender Fund
Other:

☐ Appointed PD or appointed other counsel, §35.13 TP Requires $500 be paid to Clerk during probation.

Patricia C. Grant
Clerk of Court/Deputy Clerk
Court Reporter: Mia Perron

PRESIDING JUDGE: CT Muller
Judge Code: 2112
Sentence Date: 3/13/07

SCCA/217 (9/2006)

CERTIFIED TRUE COPIES OF RECORDS
Patricia C. Grant
CLERK OF COURT, GENERAL SESSIONS COURT
COLLETON COUNTY, SOUTH CAROLINA
DATE: 3-13-07

| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF GENERAL SESSIONS |
|---|---|---|
| COUNTY OF __Colleton__ | ) | |
| STATE        VS. | ) | INDICTMENT/CASE#: __04__-GS-__15__-__0420__ |
| __Anthony Lamar Brown__ | ) | A/W#: __G308170__ |
| AKA: __BANKS__ | ) | Date of Offense: __4-13-04__ |
| Race: __B__   Sex: __M__   Age: __25__ | ) | S.C. Code §: __16-3-20__ |
| Address: ████████ | ) | CDR Code #: __0116__ |
| City, State, Zip: _____ | ) | **SENTENCE SHEET** |
| DL# _____ SID# _____ | ) | |

In disposition of the said indictment comes now the Defendant who was ☐ CONVICTED OF or ☒ PLEADS
TO: __MURDER__
in violation of § __16-3-20__ of the S.C. Code of Laws, bearing CDR Code # __0116__
☐ NON-VIOLENT   ☒ VIOLENT   ☐ SERIOUS   ☒ MOST SERIOUS   ☐ Mandatory GPS (CSC w/minor 1st or Lewd Act)   ☐ §17-25-45

The charge is: ☒ As Indicted, ☐ Lesser Included Offense, ☐ Defendant Waives Presentment to Grand Jury. _____ (Defendant initial)
The plea is: ☐ Without Negotiations or Recommendation, ☒ Negotiated Sentence, ☐ Recommendation by the State.
ATTEST: _____ _____ _____
         Solicitor                Defendant                Attorney for Defendant

WHEREFORE, the Defendant is committed to the ☒ State Department of Corrections, ☐ County Detention Center,
for a determinate term of __40__ days/months/**years** or ☐ under the Youthful Offender Act not to exceed _____ years
and/or to pay a fine of $_____; provided that upon the service of _____ days/months/years and/or payment
of $_____; plus costs and assessments as applicable*; the balance is suspended with probation for _____
months/years and subject to South Carolina Department of Probation, Parole and Pardon Services standard conditions of probation, which
are incorporated by reference.
☒ CONCURRENT or ☐ CONSECUTIVE to sentence on: __04-GS-15-0421__
☒ The Defendant is to be given credit for time served pursuant to S.C. Code §24-13-40 to be calculated and applied by the State
Department of Corrections.  __CTS from 4/28/04__
☐ The Defendant is to be placed on Central Registry of Child Abuse and Neglect pursuant to S.C. Code §17-25-135.

**SPECIAL CONDITIONS:**

☐ RESTITUTION: ☐ Heard, ☐ Waived, ☐ Ordered
Total: $_____ plus 20% fee: $_____
Payment Terms: _____
☐ set by SCDPPPS

Recipient: _____
*Fine:
§14-1-206 (Assessments 107.5%)         $100   $100.00
§14-1-211(A)(1) (Conv. Surcharge)       $100
§14-1-211(A)(2) (DUI Surcharge)         $12
§56-5-2995 (DUI Assessment)             $500
§35.13 (Public Def/Prob)                $25    $25.00
§73.3, 1B TP (Law Enforce. Funding)     $100
§33.7, 1B TP (Drug Court Surcharge)     $50
§50-21-114 (BUI Breath Test Fee)        $40/ea
§56-5-2942(J) (Vehicle Assessment)              $3.75
3% to County (if paid in installments)
TOTAL                                           $128.75

PTUP _____ days/hours Public Service Employment
Obtain GED
Attend Voc. Rehab. or Job Corp.
May serve W/E beginning
Substance Abuse Counseling
Random Drug/Alcohol Testing
Fine may be pd. in equal, consecutive weekly/monthly
pmts. of $_____ beginning _____
$_____ paid to Public Defender Fund
Other: _____

☐ Appointed PD or appointed other counsel, §35.13 TP
   Requires $500 be paid to Clerk during probation.

_____
Patricia C. Grant
Clerk of Court/ Deputy Clerk
Court Reporter: __Mia Perron__

PRESIDING JUDGE __C T Muller__
Judge Code: __2__  __1__ __1__ __4__ __2__
Sentence Date: __3/13/07__

SCCA/217 (9/2006)