UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Anthony L. Brown, #251490, ) | C/A No. 9:13-2595-RBH-BM |
| Also known as Anthony Lamar Brown, ) | |
| ) | |
| Petitioner, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| Warden, Lee Correctional Institution, ) | |
| ) | |
| Respondent. ) | |

I, William Edgar Salter, III, do hereby certify that on this date, I served the Motion for Summary Judgment and Return and Memorandum of Law in Support of Motion for Summary Judgment (with attachments), in the foregoing action on the Petitioner by depositing one copy of the same in the United States mail, first-class postage prepaid, and addressed as follows:

> Anthony L. Brown, #251490
> Lee Correctional Institution
> 990 Wisacky Highway
> Bishopville, SC  29010

This 3rd day of February, 2014.


By:   s/ William Edgar Salter, III
        ATTORNEYS FOR RESPONDENT